UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN C. WILLINGHAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 17-11189

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE STEPHANIE
DAWKINS DAVIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [17]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [14]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15]**

Plaintiff Ryan C. Willingham seeks judicial review of an Administrative Law Judge's denial of his application for Social Security Supplemental Security Income (SSI) benefits. On August 22, 2018, the Magistrate Judge issued a Report and Recommendation [Dkt. #17] on Plaintiff's Motion for Summary Judgment [14] and Defendant's Motion for Summary Judgment [15]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [17] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [14] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is **GRANTED**.

**SO ORDERED**.

Dated: September 12, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge